United States Bankruptcy Court
Northern District of Oklahoma

In re:                                                            Case No. 24-11242-M
Debra Ilene McCullough                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1085-4                                       User: admin                                       Page 1 of 2
Date Rcvd: Sep 23, 2024                            Form ID: 309A                                 Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Debra Ilene McCullough, 3605 W. 59th St, Tulsa, OK 74107-9207 |
| 3000185 | + | Amanda McCullough, 6860 Ruby Lane, Mounds, OK 74047-4894 |
| 3000187 | + | Hibdon Tire Plus, P.O. Box 81410, Cleveland, OH 44181-0410 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: anna@thehansonlawfirm.com | Sep 23 2024 22:37:00 | Anna C. Hanson, Hanson & Hanson Law Firm, 4527 E. 91st Street, Tulsa, OK 74137 |
| tr | + | EDI: QSWSOULE.COM | Sep 24 2024 02:31:00 | Steven William Soule', Hall, Estill, Hardwick, Gable, Golden &, 521 East 2nd Street, Ste 1200, Tulsa, OK 74120-1855 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Sep 23 2024 22:38:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Sep 23 2024 22:37:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Sep 23 2024 22:38:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Sep 23 2024 22:37:00 | Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| 3000186 | + | EDI: CRFRSTNA.COM | Sep 24 2024 02:31:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 3000188 | + | EDI: IRS.COM | Sep 24 2024 02:31:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 3000189 | + | Email/Text: DG_Collections@occu.org | Sep 23 2024 22:37:00 | Oklahoma Central CU, Attn: Bankruptcy, Po Box 471227, Tulsa, OK 74147-1227 |
| 3000190 | + | Email/Text: msuess@tax.ok.gov | Sep 23 2024 22:37:00 | Oklahoma Tax Commission, 201 W. 5th St., Ste 400, Tulsa, OK 74103-4211 |
| 3000191 | + | EDI: SYNC | Sep 24 2024 02:31:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 3000192 | + | EDI: SYNC | Sep 24 2024 02:31:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 3000193 | + | EDI: SYNC | Sep 24 2024 02:31:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 3000194 | + | Email/Text: bk@ttcu.com | Sep 23 2024 22:37:00 | TTCU Federal Credit Union, Attn: Bankruptcy, P.O. Box 477550, Tulsa, OK 74147-7505 |
| 3000195 | + | EDI: USBANKARS.COM | Sep 24 2024 02:31:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet |

District/off: 1085-4   User: admin   Page 2 of 2
Date Rcvd: Sep 23, 2024   Form ID: 309A   Total Noticed: 18

Mall, Minneapolis, MN 55402-7000

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

**Name**  **Email Address**

Anna C. Hanson
on behalf of Debtor Debra Ilene McCullough anna@thehansonlawfirm.com  hansonar87193@notify.bestcase.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Steven William Soule'
souletrustee@hallestill.com  ssoule@hallestill.com,ssoule@ecf.axosfs.com,smccormick@hallestill.com

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Debra Ilene McCullough<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8063<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Northern District of Oklahoma | Date case filed for chapter: 7   9/23/24 |
| Case number: | 24–11242–M | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.
An order for relief has been entered.
This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Debra Ilene McCullough | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3605 W. 59th St<br>Tulsa, OK 74107–9207 | |
| 4. | **Debtor's attorney**<br>Name and address | Anna C. Hanson<br>Hanson & Hanson Law Firm<br>4527 E. 91st Street<br>Tulsa, OK 74137 | Contact phone 918–409–0634<br>Email: anna@thehansonlawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven William Soule'<br>Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.<br>521 East 2nd Street, Ste 1200<br>Tulsa, OK 74120 | Contact phone 918–594–0400<br>Email: souletrustee@hallestill.com |

**For more information, see page 2 >**

Debtor **Debra Ilene McCullough**                                                                                                                                  Case number **24–11242–M**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 224 South Boulder Avenue, Room 105  Tulsa, OK 74103 | Hours open: Monday, Wednesday, Thursday, Friday 8:30 a.m. to 4:30 p.m., Tuesday 8:30 a.m. to 3:00 p.m.  Contact phone 918–699–4000  www.oknb.uscourts.gov |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 29, 2024 at 02:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 957 167 3094, and Passcode 4333022624, OR call 1–405–825–9820**  For additional meeting information go to www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/30/24** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, are not permitted in the building.**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                            page **2**